**United States District Court**
For the Northern District of California

**\*E-Filed 10/25/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS FERNANDEZ, | No. C 11-04968 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CISCO SYSTEMS, | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference in the instant case shall be held on **February 2, 2012 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. *See* Standing Order Re: Initial Case Management (*available at* http://www.cand.uscourts.gov/pages/424). Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 10/25/11

For the Court,
RICHARD W. WIEKING, Clerk

By: *Corinne Lew*
Courtroom Deputy Clerk