1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DENNIS FERNANDEZ,

    Plaintiff,

      vs.

CISCO SYSTEMS, INC.,

    Defendant.

**Case No.: 11-CV-4968 YGR**

**ORDER SETTING STATUS CONFERENCE**

The parties have filed their Joint Status Report. In light of the ongoing reexamination proceedings, the stay in this matter shall continue in effect.

The Court **CONTINUES** the status conference regarding the progress of the re-examination proceedings, currently set for July 18, 2014, to **November 21, 2014, at 9:01 a.m.** Five days prior to the conference, the parties shall file a joint status statement indicating whether the re-examination has been completed and whether the stay should be lifted. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Date: July 11, 2014

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**